# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRUCE CONLEY

NO. 2023 KW 0618

**SEPTEMBER 25, 2023**

---

In Re:    Bruce Conley, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2017-199615.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED.** The district court is **ORDERED** to direct the court reporter for Division D to ascertain whether the recordings for the proceedings that took place on March 18, 2019, April 22, 2019, and June 18, 2019 in case number 17-199615 exist and if so, direct the court reporter to prepare and file the transcripts of those proceedings with the Clerk of Court for the 16th Judicial District Court, Parish of St. Mary, on or before November 22, 2023. The Clerk of Court is then **ORDERED** to forward said transcripts to relator on or before November 29, 2023, if it has not already done so.

However, if it is determined that the recordings for the above referenced proceedings do not exist, the district court is directed to cause the record to be supplemented with a certificate that the transcripts cannot be prepared, on or before October 25, 2023. The Clerk of Court is then **ORDERED** to forward said certificate to relator, on or before November 1, 2023.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT